WILLARD K. TOM
General Counsel

LISA D. ROSENTHAL, Cal. Bar # 179486
SARAH SCHROEDER, Cal. Bar # 221528
KERRY O'BRIEN, Cal. Bar # 149264
AUSTIN A.B. OWNBEY, Cal. Bar # 272197
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA 94103
(415) 848-5100 (voice), (415) 848-5184 (fax)
lrosenthal@ftc.gov, sschroeder@ftc.gov
kobrien@ftc.gov, aownbey@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**FILED**

APR 0 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BROADWAY GLOBAL MASTER INC., et al.,<br><br>Defendants. | Case No.<br><br>**Order (1) Temporarily Sealing Court File and Docket, including Attached Documents, and (2) Lifting Temporary Seal on Fourth Business Day after Entry of TRO or Upon Service of One or More Defendants, Whichever Occurs First**<br><br>[Local Rule 141] |

Plaintiff Federal Trade Commission ("FTC"), has requested *ex parte* under Local Rule 141 an order directing the Clerk of the Court to: (1) file under temporary seal all pleadings and the docket in the above-captioned case, and (2) lift the temporary seal on the fourth court day after entry of any temporary restraining order ("TRO") in this case, or after one or more of the Defendants have been served with the TRO, whichever occurs first. Good cause appears for the granting of the requested relief.

**IT IS THEREFORE ORDERED** that:

(1) Pursuant to Local Rule 141(d), the Office of the Clerk of the Court shall file under temporary seal the entire court file and docket in the above-captioned case, including the *ex parte* seal application, this Order, and all other pleadings, orders, and exhibits.

(2) The Office of the Clerk of the Court shall lift the temporary seal that has been placed over the court file and docket in this action, either on the fourth court day after the entry of any TRO in this case, or after receiving notice from the FTC that one or more Defendants in this matter have been served with the TRO, whichever occurs first.

(3) A representative of the FTC shall notify the Office of the Clerk of the Court once one or more of the Defendants in this matter have been served with the TRO, if such service is effected before the fourth court day after the entry of any TRO in this case.

(4) The Office of the Clerk of the Court is prohibited from disclosing the existence of the above-captioned case until the temporary seal over the court file is to be lifted.

This Order shall not be construed to prohibit Plaintiff FTC from serving or otherwise disclosing the TRO, or other pleadings, exhibits, or papers in this case to non-parties, including financial institutions and law enforcement agencies.

In granting this motion to seal, the Court expresses no opinion on whether Plaintiff's contemplated TRO should be issued.

Dated: 4-5-2012

UNITED STATES DISTRICT JUDGE

**Seal Order**   Page 2