Mark E. Ellis - 127159
Ronald R. Poirier – 175511
Brandon L. Reeves - 242897
ELLIS LAW GROUP, LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
rpoirier@ellislawgrp.com

Attorneys for
KIRIT PATEL, INDIVIDUALLY AND AS AN OFFICER OF BROADWAY GLOBAL MASTER, INC., AND IN-ARABIA SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BROADWAY GLOBAL MASTER, INC., a corporation, also d/b/a/ BGM; IN-ARABIA SOLUTIONS, INC., a corporation; KIRIT PATEL, individually. and as an officer of BROADWAY GLOBAL MASTER, INC., and IN-ARABIA SOLUTIONS, INC.,<br><br>    Defendants. | Case No.:  2:12-cv-0855 JAM GGH<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING AND RELATED DATES** |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.      Defendant shall appear before this Court on Wednesday, April 25, 2012, at 2:00 p.m., at 501 I Street, Sacramento, California, 14th Floor, Courtroom 6, to show cause, if there is any, why this Court should not enter a Preliminary Injunction, pending final ruling on the Complaint against Defendants, enjoining them from further violations of Section 5(a) of the FTC Act, 15 U.S.C. §45(a), and the FDCPA, 15 U.S.C. §§ 1692-1692p, continuing the freeze of their assets and imposing such additional relief as may be appropriate.

PDF created with pdfFactory trial version www.pdffactory.com

     2. Defendant shall file with the Court and serve on Plaintiff's counsel any answering affidavits, pleadings, motions, expert reports or declarations, and/or legal memoranda and evidence by no later than 4:00 p.m. on Thursday, April 19, 2012; and

     3. Plaintiff may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same on counsel for Defendant no later than 4:00 p.m. on Monday, April 23, 2012.

     4. All prior orders of the court will remain in full force and effect until April 25, 2012, at 2:00 p.m.

     IT IS SO ORDERED.

Dated: April 13, 2012

                                        /s/ John A. Mendez\
                                        Hon. John A. Mendez\
                                        U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com