1  Mark E. Ellis - 127159
   Andrew M. Steinheimer
2  ELLIS LAW GROUP, LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  asteinheimer@ellislawgrp.com

6  Attorneys for Defendant KIRIT PATEL

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | FEDERAL TRADE COMMISSION,                     | Case No.:  2:12-cv-0855 JAM GGH
12 |     Plaintiff,                                | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND TO EXTEND DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT**
13 | v.
14 | BROADWAY GLOBAL MASTER INC., a corporation, also d/b/a/ BGM; IN-ARABIA SOLUTIONS INC., a corporation; KIRIT PATEL, individually. and as an officer of BROADWAY GLOBAL MASTER, INC., and IN-ARABIA SOLUTIONS, INC.,
17 | ,
18 |     Defendant.

19

20    IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Defendants have

21 until May 25, 2012 to respond to the Complaint.  The parties are also required to meet and confer and

22 submit a joint status report to the Court no later than June 25, 2012.

23 Dated: May 22, 2012

24                                               /s/ John A. Mendez
                                                 United States District Court Judge
25

26

27

28

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND TO EXTEND DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com