1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11   FEDERAL TRADE COMMISSION,        ) Case No. 2:12-CIV-00855 JAM-GGH
                                      )
12                   Plaintiff,       )
                                      )
13        v.                          )
                                      )
14   BROADWAY GLOBAL MASTER INC., a    )
     corp. also d/b/a BGM; IN-ARABIA  )
15   SOLUTIONS, INC., a corp.; KIRIT  )
     PATEL, ind. and as officer of    )
16   BROADWAY GLOBAL MASTER, INC.,     )
     and IN-ARABIA SOLUTIONS, INC.,   ) RELATED CASE ORDER
17                                     )
                     Defendants.      )
18   UNITED STATES OF AMERICA,         )
                                      )
19                   Plaintiff,       )
                                      ) Case No. 2:12-CR-00306 WBS
20        v.                          )
                                      )
21   KIRIT PATEL,                      )
                                      )
22                   Defendant.       )
                                      )
23   _____)

24        Examination of the above-entitled actions reveals that these

25   actions are related within the meaning of Local Rule 123 (E.D. Cal.

26   2005).  Accordingly, the assignment of the matters to the same

27   judge is likely to affect a substantial savings of judicial effort

28   and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under

2  Local Rule 123 merely has the result that these actions are

3  assigned to the same judge; no consolidation of the actions is

4  effected.  Under the regular practice of this court, related cases

5  are generally assigned to the judge to whom the first filed action

6  was assigned.

7    IT IS THEREFORE ORDERED that the action denominated 2:12-CR-

8  00306-WBS be reassigned to Judge John A. Mendez for all further

9  proceedings, and any dates currently set in this reassigned case

10  only are hereby VACATED.  Henceforth, the caption on documents

11  filed in the reassigned cases shall be shown as 2:12-CR-00306-JAM.

12    IT IS FURTHER ORDERED that the Clerk of the Court make

13  appropriate adjustment in the assignment of criminal cases to

14  compensate for this reassignment.

15    IT IS SO ORDERED.

16  Dated: September 5, 2012

17                              /s/ John A. Mendez_____
                                U. S. DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28