IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,                    No. 2:12-cv-0855 JAM GGH

    vs.

BROADWAY GLOBAL MASTER INC., et al.,

    Defendants.                ORDER

_____/

    Plaintiff's motion for default judgment presently is calendared for hearing on September 13, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

    Accordingly, IT IS ORDERED that:

    1. The September 13, 2012 hearing on the motion for default judgment, filed August 6, 2012, is vacated; and

\\\\\

\\\\\

\\\\\

2. The motion is submitted on the record.

DATED: September 6, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076:FTC0855.vac.wpd