Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Brandon L. Reeves - 242897
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendant KIRIT PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BROADWAY GLOBAL MASTER, INC., a corp. also d/b/a/ BGM; IN-ARABIA SOLUTIONS, INC., A corp; KIRIT PATEL, ind. and as officer of BROADWAY GLOBAL MASTER, INC., and IN-ARABIA SOLUTIONS, INC.,<br><br>    Defendant. | Case No.:  2:12-cv-0855 JAM GGH<br><br>**STIPULATION TO STAY MATTER; AND ORDER** |

Whereas, defendant Kirit Patel has recently been indicted by the United States on criminal charges related to the same subject matter as the instant case (see Case No. 2:12-CR-00306-JAM), Mr. Patel requests, and the FTC stipulates and agrees, that this matter be stayed for a period of six months or until the resolution of the criminal case, whichever is shorter.  Mr. Patel believes the stay is necessary given the criminal indictment to protect Mr. Patel's Fifth Amendment right against self-incrimination which could be implicated should he be required to participate and defend the civil action.  Mr. Patel agrees that, during the pendency of the stay, he will not seek the release of assets

frozen pursuant to the preliminary injunction.

Additionally, the parties request that the dates in the Pre-Trial Scheduling Order, entered on June 25, 2012, be vacated and new scheduling dates be entered following the expiration of the stay as appropriate.

The requested stay is a stay of the entire civil action against all defendants including a stay of the pending motion for default judgment against defendants Broadway Global Master Inc. and In-Arabia Solutions Inc., with the following exceptions:

- The preliminary injunction remains in effect.
- The pending subpoena to Global Payments, Inc., including any necessary motions to compel, remains in effect.
- The FTC may issue a subpoena to Green Dot Corporation for documents identifying consumers affected by the practices alleged in the Complaint

IT IS SO STIPULATED.

Dated: September 12, 2012

ELLIS LAW GROUP, LLP

By /s/Andrew M. Steinheimer
Andrew M. Steinheimer
Attorney for Defendant
KIRIT PATEL

Dated: September 12, 2012

FEDERAL TRADE COMMISSION

By /s/ Lisa D. Rosenthal
Lisa D. Rosenthal
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

IT IS SO ORDERED.

Dated:  9/12/2012

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

- 2 -