WILLARD K. TOM
General Counsel

SARAH SCHROEDER, Cal. Bar # 221528
KERRY O'BRIEN, Cal. Bar # 149264
AUSTIN A.B. OWNBEY, Cal. Bar # 272197
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA  94103
(415) 848-5100 (voice), (415) 848-5184 (fax)
sschroeder@ftc.gov, kobrien@ftc.gov
aownbey@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>BROADWAY GLOBAL MASTER INC., a corporation, also d/b/a BGM,<br><br>IN-ARABIA SOLUTIONS INC., a corporation, and<br><br>KIRIT PATEL, individually and as an officer of BROADWAY GLOBAL MASTER INC., and IN-ARABIA SOLUTIONS INC.<br><br>       Defendants. | Case No. 2:12-cv-0855 JAM GGH<br><br>**STIPULATION TO EXTEND STAY; AND  ORDER** |

**STIPULATION**

On August 23, 2012, defendant Kirit Patel was indicted by the United States on criminal charges related to the same subject matter as the instant case (see Case No. 2:12-CR-00306-JAM).  On September 12, 2012, the Court entered a stipulation between Mr. Patel and counsel for the Federal Trade Commission ("FTC") staying this matter for six months or until the resolution of the criminal case, whichever is shorter.

- 1 -

-title-

Because the criminal charges against Mr. Patel are still pending, Mr. Patel and counsel for the FTC believe it is necessary to extend the stay for an additional four months to protect Mr. Patel's Fifth Amendment right against self-incrimination, which could be implicated should he be required to participate and defend the civil action.   Mr. Patel agrees that, during the pendency of the stay, he will not seek the release of assets frozen pursuant to the preliminary injunction.

The requested stay is a stay of the entire civil action against all defendants including a stay of the pending motion for default judgment against defendants Broadway Global Master Inc. and In-Arabia Solutions Inc.  The stay does not alter the preliminary injunction with asset freeze, which will remain in full effect.

IT IS SO STIPULATED.

Dated: March 7, 2013

FEDERAL TRADE COMMISSION

By /s/ Sarah Schroeder
    Sarah Schroeder
    Attorney for Plaintiff
    FEDERAL TRADE COMMISSION

Dated: March 7, 2013

ELLIS LAW GROUP, LLP

By /s/Andrew M. Steinheimer
    Andrew M. Steinheimer
    Attorney for Defendant
    KIRIT PATEL

IT IS SO ORDERED.

Dated:  3/7/2013

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge