1 Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
2 ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
3 Sacramento, CA  95825
Tel: (916) 283-8820
4 Fax: (916) 283-8821
mellis@ellislawgrp.com
5 asteinheimer@ellislawgrp.com

6 Attorneys for Defendant KIRIT PATEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

BROADWAY GLOBAL MASTER INC.,
a corporation, also d/b/a BGM,

IN-ARABIA SOLUTIONS INC., a corporation, and

KIRIT PATEL, individually and as an officer of BROADWAY GLOBAL MASTER INC., and IN-ARABIA SOLUTIONS INC.

    Defendants.

Case No. 2:12-cv-0855 JAM GGH

**STIPULATION TO EXTEND STAY; AND ORDER**

**STIPULATION**

On August 23, 2012, defendant Kirit Patel was indicted by the United States on criminal charges related to the same subject matter as the instant case (see Case No. 2:12-CR-00306-JAM).  On September 12, 2012, the Court entered a stipulation between Mr. Patel and counsel for the Federal Trade Commission ("FTC") staying this matter for six months or until the resolution of the criminal case, whichever is shorter.  The parties continued the stay for an additional four months on March 8, 2013.

Because the criminal charges against Mr. Patel are still pending, Mr. Patel and counsel for the

- 1 -

-title-

FTC believe it is necessary to extend the stay for an additional 90 days to protect Mr. Patel's Fifth Amendment right against self-incrimination, which could be implicated should he be required to participate and defend the civil action.   Mr. Patel agrees that, during the pendency of the stay, he will not seek the release of assets frozen pursuant to the preliminary injunction.

    The requested stay is a stay of the entire civil action against all defendants including a stay of the pending motion for default judgment against defendants Broadway Global Master Inc. and In-Arabia Solutions Inc.  The stay does not alter the preliminary injunction with asset freeze, which will remain in full effect.

IT IS SO STIPULATED.

Dated: July 8, 2013

    FEDERAL TRADE COMMISSION

    By /s/ Sarah Schroeder
    Sarah Schroeder
    Attorney for Plaintiff
    FEDERAL TRADE COMMISSION

Dated: July 8, 2013

    ELLIS LAW GROUP, LLP

    By /s/Andrew M. Steinheimer
    Andrew M. Steinheimer
    Attorney for Defendant
    KIRIT PATEL

IT IS SO ORDERED.

Dated:  7/8/2013    /s/ John A. Mendez
    Honorable John A. Mendez
    United States District Court Judge