Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com

Attorneys for Defendant KIRIT PATEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>BROADWAY GLOBAL MASTER INC., a corporation, also d/b/a BGM,<br><br>IN-ARABIA SOLUTIONS INC., a corporation, and<br><br>KIRIT PATEL, individually and as an officer of BROADWAY GLOBAL MASTER INC., and IN-ARABIA SOLUTIONS INC.<br><br>      Defendants. | Case No. 2:12-cv-0855 JAM DAD<br><br>**STIPULATION TO EXTEND STAY; AND ORDER** |

**STIPULATION**

On August 23, 2012, defendant Kirit Patel was indicted by the United States on criminal charges related to the same subject matter as the instant case (see Case No. 2:12-CR-00306-JAM).  On September 12, 2012, the Court entered a stipulation between Mr. Patel and counsel for the Federal Trade Commission ("FTC") staying this matter for six months or until the resolution of the criminal case, whichever is shorter.  The parties continued the stay for an additional four months on March 8, 2013 and an additional 90 days on July 8, 2013.

Because the criminal charges against Mr. Patel are still pending, Mr. Patel and counsel for the

FTC believe it is necessary to extend the stay for an additional 90 days to protect Mr. Patel's Fifth Amendment right against self-incrimination, which could be implicated should he be required to participate and defend the civil action.   Mr. Patel agrees that, during the pendency of the stay, he will not seek the release of assets frozen pursuant to the preliminary injunction.

The requested stay is a stay of the entire civil action against all defendants including a stay of the pending motion for default judgment against defendants Broadway Global Master Inc. and In-Arabia Solutions Inc.  The stay does not alter the preliminary injunction with asset freeze, which will remain in full effect.

IT IS SO STIPULATED.

Dated: November 8, 2013

FEDERAL TRADE COMMISSION

By /s/ Sarah Schroeder
Sarah Schroeder
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

Dated: November 8, 2013

ELLIS LAW GROUP, LLP

By /s/Andrew M. Steinheimer
Andrew M. Steinheimer
Attorney for Defendant
KIRIT PATEL

IT IS SO ORDERED.

Dated:   November 8, 2013

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge