Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com

Attorneys for Defendant KIRIT PATEL, INDIVIDUALLY AND AS AN OFFICER OF BROADWAY GLOBAL MASTER, INC., AND IN-ARABIA SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADWAY GLOBAL MASTER INC., a corporation, also d/b/a BGM,<br><br>IN-ARABIA SOLUTIONS INC., a corporation, and<br><br>KIRIT PATEL, individually and as an officer of BROADWAY GLOBAL MASTER INC., and IN-ARABIA SOLUTIONS INC.<br><br>    Defendants. | Case No.:  2:12-cv-0855 JAM DAD<br><br>**STIPULATION TO EXTEND STAY; AND ORDER** |

## STIPULATION

On August 23, 2012, defendant Kirit Patel was indicted by the United States on criminal charges related to the same subject matter as the instant case (see Case No. 2:12-CR-00306-JAM).  On September 12, 2012, the Court entered a stipulation between Mr. Patel and counsel for the Federal Trade Commission ("FTC") staying this matter for six months or until the resolution of the criminal case, whichever is shorter.  The parties continued the stay for an additional four months on March 8, 2013, an additional 90 days on July 8, 2013, an additional 90 days on November 8, 2013, an additional

90 days on February 7, 2014, an additional 90 days on April 29, 2014, an additional 120 days on August 5, 2014 and an additional 120 days on December 8, 2014.

In October 2014, Mr. Patel entered into a plea agreement in the criminal case. The agreement includes restitution and criminal penalties. Sentencing was originally scheduled for February 10, 2015. However, sentencing has now been continued to May 19, 2015. Given the pending issues with the criminal case, and in order to allow Mr. Patel and the FTC to try and reach a resolution of the civil matter, Mr. Patel and counsel for the FTC believe it is necessary to extend the stay for an additional 90 days. Mr. Patel agrees that, during the pendency of the stay, he will not seek the release of assets frozen pursuant to the preliminary injunction.

The requested stay is a stay of the entire civil action against all defendants including a stay of the pending motion for default judgment against defendants Broadway Global Master Inc. and In-Arabia Solutions Inc. The stay does not alter the preliminary injunction with asset freeze, which will remain in full effect.

IT IS SO STIPULATED.

Dated: April 9, 2015

FEDERAL TRADE COMMISSION

By */s/ Sarah Schroeder*
  Sarah Schroeder
  Attorney for Plaintiff
  FEDERAL TRADE COMMISSION

Dated: April 9, 2015

ELLIS LAW GROUP, LLP

By */s/ Andrew M. Steinheimer*
  Andrew M. Steinheimer
  Attorney for Defendant
  KIRIT PATEL

IT IS SO ORDERED.

Dated: April 9, 2015      /s/ John A. Mendez
  Honorable John A. Mendez
  United States District Court Judge

- 2 -
STIPULATION TO EXTEND STAY; AND PROPOSED ORDER